# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Wurm, | No. CV-23-01681-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| PPG Architectural Finishes Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 28), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 19th day of September, 2024.

Douglas L. Rayes
Senior United States District Judge